UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SCOTLUND STIVERS,

    Plaintiff,

v.                                                                   Case No. 2:09-cv-203
                                                                   CONSENT CASE

CURTIS L. MARTS,

    Defendant.
_____/

## **JUDGMENT**

In accordance with the Opinion issued herewith,

Judgment is entered for defendant against plaintiff.

IT IS SO ORDERED.

                                                /s/ Timothy P. Greeley
                                                TIMOTHY P. GREELEY
                                                UNITED STATES MAGISTRATE JUDGE

Dated:   October 13, 2010